IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CERRON RICHARD COLLEY, | ) |
| Plaintiff, | ) |
| v. | ) CV 03-CO-1568-W |
| DESI PATTERSON, | ) |
| Defendant. | ) |

**MEMORANDUM OF OPINION**

This is a civil action pursuant to 42 U.S.C. § 1983 filed by the plaintiff, Cerron Richard Colley. In his *pro se* complaint, plaintiff names Officer Patterson as defendant. He contends defendant Patterson violated his constitutional right to be free from cruel and unusual punishment by subjecting him to excessive force. As compensation for the alleged constitutional violation, plaintiff seeks monetary relief.

On August 4, 2004, the magistrate judge entered a report and recommendation, recommending that summary judgment be denied as to the above named defendant. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The Court finds that the defendant's motion for summary judgment is due to be DENIED as follows:

1. The Court EXPRESSLY FINDS that there are genuine issues of material fact showing that defendant Patterson subjected the plaintiff to excessive force. Therefore, defendant Patterson is not entitled to judgment as a matter of law.

Accordingly, the excessive force claim against defendant Patterson is due to be REFERRED to magistrate judge John E. Ott for further proceedings.

An appropriate order will be entered.

DATED this 25th day of August, 2004.

                                                L. SCOTT COOGLER
                                          UNITED STATES DISTRICT JUDGE